UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERRI TILLETT,<br><br>     Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, INTERIOR BOARD OF LANDS APPEALS, and DEPARTMENT OF THE INTERIOR,<br><br>     Defendants. | Case No. CV-18-109-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

**JUDGMENT IN FAVOR OF DEFENDANT'S AGAINST PLAINTIFF.**

Order filed on 3/12/2019; IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 13) are ADOPTED IN FULL. IT IS FURTHER ORDERED that BLM's Motion to Dismiss (Doc. 3) is GRANTED.

  Dated this 12th Day of March, 2019.

          TYLER P. GILMAN, CLERK

         By: /s/ A.Carrillo
          Deputy Clerk